Ortiz & O'Donnell
29 Commonwealth Ave.
Suite 700
Boston, MA 02116
United States
617-716-0282

# Ortiz & O'Donnell

**Invoice**

| | |
|---|---:|
| Invoice # | 00028 |
| Invoice Date | July 15, 2013 |
| Due Date | |
| Balance Due | $13,037.15 |
| Payment Terms | |
| Case / Matter | Carroca v. All Star Enterprises and Collision Center, Inc. et al. |

Derek Carroca

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| 06/13/2012 | NFO | Drafting Complaint | Drafting Complaint | 300.00 | 1.4 | 420.00 |
| 06/23/2012 | NFO | Case Administration | Filing Complaint | 300.00 | 0.2 | 60.00 |
| 07/16/2012 | NFO | Drafting Complaint | Amending complaint | 300.00 | 0.7 | 210.00 |
| 08/14/2012 | NFO | Phone Call | Call to Court re Default | 300.00 | 0.3 | 90.00 |
| 08/14/2012 | NFO | Research | Need for Service of Amended Summons | 300.00 | 0.3 | 90.00 |
| 08/15/2012 | NFO | Correspondence | Call to Lisa Hourihan at Fed Crt, 617-748-9177, getting amended summons | 300.00 | 0.1 | 30.00 |
| 08/15/2012 | NFO | Research | Researching asserted exemption--Defendant is a bodyshop, not a dealership--not exempt | 300.00 | 0.6 | 180.00 |
| 08/15/2012 | NFO | Case Administration | Reviewing Answer against complaint; tracking admissions. Admits overtime and enterprise/employer status. | 300.00 | 0.4 | 120.00 |
| 08/15/2012 | NFO | Phone Call | Call to client re whether defendants sold cars and, if so, where and how much of their business | 300.00 | 0.2 | 60.00 |
| 09/04/2012 | NFO | Case Administration | Drafting joint statement and settlement offer as required by LR 16.1 | 300.00 | 1.1 | 330.00 |
| 09/07/2012 | NFO | Correspondence | Call with Attorney Conn - 26f conference | 300.00 | 0.2 | 60.00 |
| 09/13/2012 | NFO | Correspondence | Call to OC re where is the joint statement? | 300.00 | 0.1 | 30.00 |
| 09/13/2012 | NFO | Case Administration | Reviewing draft joint statement sent by defendant, emailing OC re same | 300.00 | 0.3 | 90.00 |
| 09/17/2012 | NFO | Correspondence | Call from OC re rescheduled status conf. | 300.00 | 0.1 | 30.00 |
| 09/20/2012 | NFO | Court Hearing | Travel to Attendance at Status Conference | 300.00 | 1.8 | 540.00 |
| 09/20/2012 | NFO | Research | Exemption research: "salesman, partsman, or mechanic primarily engaged in selling or servicing automobiles, trucks, or farm implements, if he is employed by a nonmanufacturing establishment primarily engaged in the business of selling such vehicles or implements to ultimate purchasers" | 300.00 | 0.6 | 180.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/21/2012 | NFO | Correspondence | Drafting letter to OC re settlement and exemption | 300.00 | 0.7 | 210.00 |
| 09/21/2012 | NFO | Drafting | Drafting initial disclosures | 300.00 | 0.4 | 120.00 |
| 10/01/2012 | NFO | Case Administration | Reviewing defendant's disclosures, building spreadsheet with payroll records | 300.00 | 0.9 | 270.00 |
| 10/01/2012 | NFO | Case Administration | Building spreadsheet with claimed amounts | 300.00 | 0.8 | 240.00 |
| 10/01/2012 | NFO | Correspondence | Call with client re disclosures | 300.00 | 0.2 | 60.00 |
| 10/01/2012 | NFO | Correspondence | Emailing client summary of OT claim, etc | 300.00 | 0.1 | 30.00 |
| 10/05/2012 | NFO | Case Administration | Updating settlement demand; drafting letter re same to OC | 300.00 | 0.4 | 120.00 |
| 10/05/2012 | NFO | Drafting | Drafting first set of interrogertories | 300.00 | 0.8 | 240.00 |
| 10/05/2012 | NFO | Drafting | Correcting interrogatories | 300.00 | 0.3 | 90.00 |
| 10/15/2012 | NFO | Case Administration | Reviewing discovery requests | 300.00 | 0.4 | 120.00 |
| 10/15/2012 | NFO | Correspondence | Call with client re discovery | 300.00 | 0.4 | 120.00 |
| 11/06/2012 | KAR | Research | Read & review pleadings and discovery requests in preparation for responses | 300.00 | 0.4 | 120.00 |
| 11/06/2012 | KAR | Drafting | Draft responses to discovery demands | 300.00 | 0.4 | 120.00 |
| 11/08/2012 | KAR | Drafting | draft responses to discovery requests | 300.00 | 0.2 | 60.00 |
| 11/08/2012 | NFO | Case Administration | Emailing re discovery and tax return issue | 300.00 | 0.3 | 90.00 |
| 11/09/2012 | KAR | Drafting | draft response to interrogatories | 300.00 | 0.3 | 90.00 |
| 11/09/2012 | KAR | Drafting | draft interrogatories response | 300.00 | 0.3 | 90.00 |
| 11/09/2012 | KAR | Drafting | draft response to interrogatories | 300.00 | 0.7 | 210.00 |
| 11/09/2012 | KAR | Drafting | draft interrogatory response | 300.00 | 0.6 | 180.00 |
| 11/12/2012 | KAR | Drafting | draft response interrogatories | 300.00 | 0.4 | 120.00 |
| 11/12/2012 | NFO | Correspondence | Responding to Atty Rostedt re discovery | 300.00 | 0.1 | 30.00 |
| 11/14/2012 | KAR | Phone Call with Client | phone call w/ client re interogatories | 300.00 | 0.1 | 30.00 |
| 11/14/2012 | KAR | Drafting | draft response to interrogatories | 300.00 | 0.6 | 180.00 |
| 11/14/2012 | KAR | Drafting | draft response to interrogatories | 300.00 | 0.3 | 90.00 |
| 11/14/2012 | KAR | Correspondence | draft correspondence to client re: response to interrogatories | 300.00 | 0.1 | 30.00 |
| 11/16/2012 | NFO | Correspondence | Call with Atty Rostedt re Caroca discovery- serve discovery answers even though they did not service answers and refuse to talk to us? | 300.00 | 0.3 | 90.00 |
| 11/19/2012 | KAR | Research | review & compare discovery requests in connection with response | 300.00 | 0.2 | 60.00 |
| 11/19/2012 | KAR | Drafting | draft response production of documents | 300.00 | 0.1 | 30.00 |
| 12/03/2012 | KAR | Drafting | draft cert of service for discovery responses | 300.00 | 0.1 | 30.00 |
| 12/03/2012 | KAR | Correspondence | draft letter to OC re: discovery responses | 300.00 | 0.1 | 30.00 |
| 12/14/2012 | NFO | Case Administration | Reviewing answers to Ints; research re exemption claim | 300.00 | 0.7 | 210.00 |
| 12/17/2012 | KAR | Drafting | begin drafting motion for summary judgment | 300.00 | 0.2 | 60.00 |
| 12/17/2012 | KAR | Research | research for summary judgment moton | 300.00 | 0.5 | 150.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/18/2012 | KAR | Drafting | draft motion summary judgment | 300.00 | 1.2 | 360.00 |
| 12/18/2012 | NFO | Correspondence | Responding to Atty Rostedt inquiry re garageman claim | 300.00 | 0.2 | 60.00 |
| 12/18/2012 | KAR | Drafting | draft motion summary judgment | 300.00 | 0.8 | 240.00 |
| 12/18/2012 | KAR | Drafting | draft motion summary judgment | 300.00 | 0.1 | 30.00 |
| 12/18/2012 | NFO | Correspondence | Drafting email to Atty Rostedt re outline for motion for summary judgment | 300.00 | 0.3 | 90.00 |
| 12/19/2012 | KAR | Drafting | draft memo of law in support of motion summary judgment | 300.00 | 1.5 | 450.00 |
| 12/19/2012 | KAR | Drafting | draft memo of law in support motion summary judgment | 300.00 | 0.2 | 60.00 |
| 12/20/2012 | KAR | Drafting | draft memo of law in support motion summary judgment | 300.00 | 0.5 | 150.00 |
| 12/20/2012 | KAR | Drafting | draft memo law in support motion summary judgment | 300.00 | 0.5 | 150.00 |
| 12/20/2012 | KAR | Drafting | draft memo of law in support motion summary judgment | 300.00 | 0.4 | 120.00 |
| 12/20/2012 | KAR | Drafting | draft attorney affirmation to accompany motion summary judgment; review draft of memo of law | 300.00 | 0.5 | 150.00 |
| 12/21/2012 | NFO | Drafting | Editing motion for summary judgment | 300.00 | 0.3 | 90.00 |
| 12/21/2012 | NFO | Drafting | Reviewing and editing MSJ - adding thoughts re damages component | 300.00 | 0.4 | 120.00 |
| 12/26/2012 | KAR | Research | reviewing discovery to calculate damages for summ j motion | 300.00 | 0.4 | 120.00 |
| 12/27/2012 | KAR | Research | research issue of state v federal damages for motion summary judgment | 300.00 | 0.5 | 150.00 |
| 12/27/2012 | KAR | Research | research in connection with summary judgment motion | 300.00 | 0.8 | 240.00 |
| 12/27/2012 | NFO | Drafting | Outlining Summary Judgment argument | 300.00 | 0.6 | 180.00 |
| 12/27/2012 | KAR | Drafting | draft summary judgment motion | 300.00 | 1.7 | 510.00 |
| 12/28/2012 | NFO | Drafting | Drafting motion for summary judgment | 300.00 | 0.7 | 210.00 |
| 12/28/2012 | NFO | Drafting | Drafting motion for summary judgment | 300.00 | 1.1 | 330.00 |
| 12/29/2012 | KAR | Drafting | finalize attorney affirmation & exhibits for summary judgment motion | 300.00 | 0.3 | 90.00 |
| 12/29/2012 | NFO | Drafting | Drafting Motion for Summary Judgment | 300.00 | 1.7 | 510.00 |
| 12/29/2012 | NFO | Drafting | Drafting and filing LR 56.1 statement | 300.00 | 0.8 | 240.00 |
| 01/18/2013 | NFO | Correspondence | Responding from OC message with email | 350.00 | 0.1 | 35.00 |
| 01/18/2013 | KAR | Case Administration | read & review defendants' opposition papers to motion for summary judgment | 300.00 | 0.1 | 30.00 |
| 01/18/2013 | NFO | Correspondence | Reviewing defendants opposition, taking notes for hearing | 350.00 | 0.5 | 175.00 |
| 01/24/2013 | NFO | Correspondence | Drafting email to Opposing Counsel re defendants' failure to make sanctions payment | 350.00 | 0.2 | 70.00 |
| 01/25/2013 | NFO | Drafting | Drafting motion for further sanctions | 350.00 | 0.5 | 175.00 |
| 07/09/2013 | NFO | Correspondence | Emailing clerk re setting a hearing on motion | 350.00 | 0.2 | 70.00 |

| 07/11/2013 | NFO | Case Administration | Reviewing Court order granting SJ | 350.00 | 0.2 | 70.00 |
|---|---|---|---|---|---|---|
| 07/11/2013 | NFO | Correspondence | Email to OC re settlement possibility | 350.00 | 0.2 | 70.00 |
| 07/12/2013 | NFO | Drafting | Drafting Fee Application | 350.00 | 0.7 | 245.00 |
| 07/13/2013 | NFO | Drafting | Drafting Fee Application | 350.00 | 0.7 | 245.00 |
| 07/14/2013 | NFO | Drafting | Drafting fee application | 350.00 | 0.7 | 245.00 |
| 07/15/2013 | NFO | Drafting | Drafting fee application | 350.00 | 0.2 | 70.00 |
| 07/15/2013 | NFO | Drafting | Editing and filing fee application | 350.00 | 0.6 | 210.00 |
| **Non-billable Time Entries:** | | | | | | |
| 11/12/2012 | NFO | Correspondence | Drafting and emailing FRCP 37 request for conference to OC re lack of responses to Ints | 300.00 | 0.3 | 90.00 |
| 11/13/2012 | NFO | Correspondence | Contacting OC re failure to make discoveryy-left phone message and sent email | 300.00 | 0.2 | 60.00 |
| 11/20/2012 | NFO | Drafting | Drafting motion to compel discovery | 300.00 | 1.3 | 390.00 |
| 11/21/2012 | NFO | Drafting | Editing and filing motion to compel discovery | 300.00 | 0.4 | 120.00 |
| 12/15/2012 | NFO | Drafting | Drafting and editing verified motion for attorneys' fees | 300.00 | 1.6 | 480.00 |

Time Entry Total: **$12,600.00**

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 07/03/2012 | NFO | Filing Fee | Filing Fee | 350.00 | 1.0 | 350.00 |
| 07/06/2012 | NFO | Service | Service of Complaint | 60.00 | 1.0 | 60.00 |
| 09/22/2012 | NFO | Expense (Misc) | Taxi to court | 12.75 | 1.0 | 12.75 |
| 09/22/2012 | NFO | Expense (Misc) | Taxi from court | 14.40 | 1.0 | 14.40 |

Expense Total: **$437.15**

| | |
|---|---|
| Time Entry Sub-Total: | 12,600.00 |
| Expense Sub-Total: | 437.15 |
| **Sub-Total:** | 13,037.15 |
| **Total:** | 13,037.15 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$13,037.15** |