UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEREK CARROCA,<br><br>            Plaintiff,<br><br>v.<br><br>ALLSTAR ENTERPRISES AND<br>COLLISON CENTER, INC. and<br>ROBERT CUCURULL<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 12-11202-DJC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FIRST EXECUTION

To the United States Marshal for the District of Massachusetts or either of his Deputies and to DHR & Associates, Special Process Server:

WHEREAS DEREK CARROCA has recovered a Judgment against ROBERT CUCURULL and ALLSTAR ENTERPRISES AND COLLISON CENTER, INC. on the 15th day of August, 2013, for the sum of $19,858.50, debt or damage, pre-judgment interest in the amount of $0, and costs of this suit in the amount of $13,037.15, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that the funds of said Trustee, to cause to be paid and satisfied unto the said Judgment Creditor, at the value there of in money, the aforesaid sums, being a total of $32,895.65, in the whole, with interest thereon at the rate of .17% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 9th day of September, 2013.

ROBERT M. FARRELL
CLERK OF COURT

By: *Lisa M Hourihan*
    *Deputy Clerk*

# Demand

September 23, 2013

To: Robert Cucurull, Individually and

Allstar Enterprises and Collision Center, Inc.

171 Boston Street, Salem, MA

By virtue of this Execution, in the matter of Derek Carroca Vs. Allstar Enterprises and Collision Center, Inc. and Robert Cucurull, individually, Dockt # 12-11202-DJC, United States District Court, District of Massachusetts, I hereby demand that you pay over to me the amount of the within Execution; $32,895.65 together with the interest at .17 % annually ($15.32 daily) from said day of rendition of said judgment together with my costs or that you show to me any and all goods and chattels or lands of said judgment Debtor that I may levy upon to satisfy in the whole said Judgment Creditor.

**Total Amount of Demand:**

| | |
|---|---|
| Execution: | $ 32,895.65 |
| Costs of this suit: | $       0.00 |
| Interest @ $15.32 daily X 14 days | $    214.48 |
| Constable Costs: | $    700.00 |
| Total Due: | $ 33,810.13 |

Sincerely,

_Timothy McGonigal_ (signature)

Timothy McGonigal of DHR & Associates

Constable/Court Appointed Special Process Server

## RETURN OF SERVICE

## Robert Cucurull

### September 23, 2013

I hereby certify and return that on this day, I served the within WRIT OF EXECUTION ON MONEY JUDGMENT, upon the within-named defendant, by handing true and attested copies thereof to Robert Cucurull, in hand. And by reading aloud said demand and I made demand on the within named defendant. Defendant refused and still refuses to satisfy this execution and show to me any goods, chattels, personal property and/or real property standing in the defendant's name than can be attached or levied upon to satisfy this execution. Said service was made at 171 Boston Street, Salem, MA

Dated: September 23, 2013

_____
Timothy McGonigal, Constable/Court
Appointed Process Server